1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BANK OF NEW YORK MELLON,
     AS TRUSTEE FOR CIT MORTGAGE
11   LOAN TRUST 2007-1,

12          Plaintiff,                          Case No. 2:12-cv-1431 GEB DAD PS

13          vs.

14   SERGIO A. VILLANUEVA;              ORDER
     NORMA VILLANUEVA,
15

16          Defendants.

17   _____/

18          Defendants are proceeding pro se in the above-entitled action.  The matter was

19   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On June 4, 2012, the magistrate judge filed findings and recommendations herein

21   which were served on defendants and which contained notice that any objections to the findings

22   and recommendations were to be filed within fourteen days after service of the findings and

23   recommendations.  The fourteen-day period has expired and defendant Norma Villanueva has

24   filed objections to the findings and recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

                                               1

1   file, the court finds the magistrate judge's findings and recommendations to be supported by the

2   record and by proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed June 4, 2012 (Doc. No. 3) are adopted

5   in full;

6            2.  This action is summarily remanded to the Yolo County Superior Court; and

7            3.  This case is closed.

8   Dated:  July 2, 2012

9

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26